AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Feb 15, 2022

SEAN F. McAVOY, CLERK

CORY M.,

_____
*Plaintiff*

v.

COMMISSIONER OF SOCIAL SECURITY,

_____
*Defendant*

)
)
)
)
)
)

Civil Action No.   1:20-CV-3233-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:   Plaintiff's Motion for Summary Judgment, ECF No. 14, is DENIED.
Defendant's Motion for Summary Judgment, ECF No. 16, is GRANTED.
Judgment entered in favor of Defendant.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge      ROSANNA MALOUF PETERESON _____ on a motion for
summary judgment.

Date:  2/15/2022 _____

CLERK OF COURT

SEAN F. McAVOY
_____

s/ Tonia Ramirez
_____
*(By) Deputy Clerk*

Tonia Ramirez